# COUNTY OF SUFFOLK



**STEVE BELLONE**
**SUFFOLK COUNTY EXECUTIVE**

**DENNIS M. COHEN**  **DEPARTMENT OF LAW**
**COUNTY ATTORNEY**

July 20, 2020

Hon. I. Leo Glasser, Senior U.S.D.J.
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

RE: *Garcia v. County of Suffolk, et al.*
      18-cv-3675 (ILG)(RLM)

Dear Judge Glasser:

As the Court is aware, the above-referenced matter is currently scheduled for an in-person pretrial conference on Friday, July 24, 2020 at 2:30 pm in Brooklyn at which point a trial date was to be scheduled. Upon the parties' consultation with the Court, in light of the current global pandemic regarding COVID-19 and the constraints arising from same which include the uncertainty as to when jury trials will resume, please accept this correspondence as a joint request from myself and Plaintiff's Counsel, Frederick Brewington, to adjourn the pretrial conference two (2) months in the hopes that a definitive trial date may be scheduled at that time.

In addition to this request, please be advised that Defendants are in receipt of Mr. Brewington's letter to the Court from July 17, 2020 requesting that the parties be sent to the ADR program as we await trial. Given previous settlement discussions with Mr. Brewington and his associates, as well as those with the Court, Defendants respectfully oppose this request as we feel any participation in this program would be futile at this juncture in the proceedings. Should our position on this change in the future, we will advise the Court accordingly.

I thank the Court for its consideration of this submission and its attention to this matter.

Respectfully,

Dennis M. Cohen
Suffolk County Attorney
*Stacy A. Skorupa*
By: Stacy A. Skorupa
Assistant County Attorney

Cc: Frederick K. Brewington, Esq.
556 Peninsula Blvd
Hempstead, New York 11550