UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BRIAN GARCIA,

        Plaintiff,

-against-

COUNTY OF SUFFOLK, SUFFOLK COUNTY POLICE DEPARTMENT, P.O. DAVID YOUNG, Shield #4486/420, in his individual and official capacity, P.O. DAVID FERRARA, Shield #6163/420 in his individual and official capacity, DET. JAMES STAPLETON, Shield#1348/3140, in his individual and official capacity, DET. ARTHUR RALL, Shield#1399/3140, in his individual and official capacity, DET. TIMOTHY ZORN, Shield #1469/2420, in his individual and official capacity,

        Defendants.

**SUGGESTION OF DEATH ON THE RECORD**

**18-cv-3675 (ILG)(RLM)**

  The defendants hereby suggest upon the record, pursuant to Rule 25(a)(1) and (2), the death of Detective James Stapleton during the pendency of this action.

Dated: Hauppauge, New York
    December 2, 2021

        Yours, etc.

        DENNIS M. COHEN
        SUFFOLK COUNTY ATTORNEY
        Attorney for Defendants
        H. Lee Dennison Building
        100 Veterans Memorial Highway
        P.O. Box 6100
        Hauppauge, New York 11788
    BY:  */s/ Stacy A. Skorupa*
        Stacy A. Skorupa
        Assistant County Attorney

To: **Frederick K. Brewington, Esq.**
   Law Office of Frederick K. Brewington
   556 Peninsula Boulevard
   Hempstead, NY 11550